CHRISTOPOULOS V SOCALL, No. 136822; Court of Appeals No. 277611.

EBBERS V SECRETARY OF STATE, No. 137000; Court of Appeals No. 283782.

PEOPLE V KUNDRAT, No. 137007; Court of Appeals No. 276567.

BLUNDY V SECURA INSURANCE, No. 137060; Court of Appeals No. 275462.

MIDLAND COGENERATION VENTURE LIMITED PARTNERSHIP V DEPARTMENT OF ENVIRONMENTAL QUALITY, Nos. 137109 and 137110; Court of Appeals Nos. 282716 and 282729.

PEOPLE V TREADWELL, No. 137126; Court of Appeals No. 277363.

PEOPLE V VARNEY, No. 137156. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284050.

FIFTY EIGHT LIMITED LIABILITY COMPANY V LYON CHARTER TOWNSHIP, No. 137159; Court of Appeals No. 276574.

TERRELL V VAUGHN, No. 137175; Court of Appeals No. 283511.

PEOPLE V FICK, No. 137202; Court of Appeals No. 276770.

GRIEVANCE ADMINISTRATOR V KRAFT, No. 137203; ADB: 07-000037-GA.

PEOPLE V CHRISTIAN ANDERSON, No. 137235. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284347.

PEOPLE V HURSEY, No. 137243; Court of Appeals No. 279001.

PEOPLE V CHARLES WHITE, No. 137255; Court of Appeals No. 276707.

PEOPLE V JEROME YOUNG, No. 137276; Court of Appeals No. 278578.

PEOPLE V FERRELL, No. 137280. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284614.

PEOPLE V WILLIAM HUNTER, No. 137300. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 282254.

PEOPLE V WHITT, No. 137306. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 286559.

PEOPLE V KOZAK, No. 137313; Court of Appeals No. 272945.

LEONARD V WAYNE STATE UNIVERSITY, No. 137315; Court of Appeals No. 273129.

PEOPLE V MAKIDON, No. 137329. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 283178.